# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED VAN LINES, LLC,**

    **Plaintiff,**

v.                                     Case No.  8:08-cv-1050-T-30TGW

**LYNDA WARFORD and**
**STEVEN B. WARFORD,**

    **Defendants.**
_____/

## ORDER

Before the Court is Plaintiff's Motion for Entry of Default Final Judgment (Dkt. 11). After carefully considering the Motion together with the Court file, the Court is of the opinion that the Motion should be granted.

**ACCORDINGLY,** it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Entry of Default Final Judgment (Dkt. 11) is **GRANTED**.

2. The Clerk is directed to enter a **DEFAULT FINAL JUDGMENT** in the amount of **$3,045.73** against Defendants, Lynda Warford and Steven B. Warford, and in favor of Plaintiff, United Van Lines, LLC.

3. All pending motions are denied as moot.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 26, 2008.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1050.default.frm